UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHAD A. GARDNER,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN SINCLAIR, F. WAGNER, CHRISTOPHER STONE, RANDY SIMONSEN,<br><br>Defendants. | CASE NO. 2:18-CV-00660-RJB-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: August 10, 2018 |

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff Chad A. Gardner, proceeding *pro se*, filed a Declaration and Application to Proceed *In Forma Pauperis* ("Motion") on May 21, 2018. Dkt. 3. After reviewing the Motion, the Court found Plaintiff could afford the filing fee and directed Plaintiff to show cause why the Motion should not be denied or pay the filing fee on or before July 13, 2018. *See* Dkt. 5. The Court warned Plaintiff that a failure to show cause or pay the filing fee would be deemed a failure to prosecute this case and could result in the Court recommending dismissal of this action. *Id*.

1  Plaintiff has not paid the filing fee or responded to the Court's Order. As Plaintiff has
2  failed to respond to the Court's Order and prosecute this case, the Court recommends this case be
3  dismissed without prejudice.

4  Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
5  Procedure, the parties shall have fourteen (14) days from service of this Report to file written
6  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
7  objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
8  limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on August
9  10, 2018, as noted in the caption.

10  Dated this 25th day of July, 2018.

David W. Christel
United States Magistrate Judge